# United States District Court

## DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7 HEALTH
& WELFARE FUND, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

## 05-30187-KPN

TREMBLAY ELECTRIC, INC.

TO: (Name and Address of Defendant)

Tremblay Electric, Inc.
85 Union Street
North Adams, MA 01247

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON                         8/15/05
CLERK                                     DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • (413) 443-6841

August 25, 2005

*Berkshire, ss.*

I hereby certify and return that on 8/24/2005 at 4:38PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to Linda Reynolds, person in charge, Tremblay Electric, Inc., 85 Union Street, North Adams, MA 01247. Attestation ($5.00), Conveyance ($4.50), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($27.38) Total Charges $68.88

Deputy Sheriff, Ronald P. Clark

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                    Signature of Server

                                   _____
                                   Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.