UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7  )
HEALTH AND WELFARE FUND, et al., )
                 Plaintiffs  )
                              )
      v.                         )    Civil Action No. 05-30187-KPN
                              )
TREMBLAY ELECTRONICS,  )
                 Defendant  )

ORDER
October 20, 2005

Plaintiff filed a complaint in the U.S. District Court on August 15, 2005. A return of service was filed on August 31, 2005, with a responsive pleading due by September 13, 2005. As of this date, no answer has been filed.

Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on November 14, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge

                 By:   /s/ Bethaney A. Healy
                         Bethaney A. Healy
                         Deputy Clerk