UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, et al<br>    Plaintiffs<br><br>v.<br><br>TREMBLAY ELECTRIC, INC.<br>    Defendant | )<br>)<br>)<br>)<br>) C.A. No. 05-30187-KPN<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the Court send Notice of Default to the Defendant, Tremblay Electric, Inc., 85 Union Street, North Adams, MA 01247 in the above-captioned action. Defendant Tremblay Electric, Inc. was served with the complaint on August 24, 2005.

As of this date Defendant has not filed an answer or other responsive pleading to the Complaint.

                                             Plaintiffs
                                         by their attorney


                                         /s/ Aaron D. Krakow
                                         Aaron D. Krakow
                                         BBO #544424
                                         KRAKOW & SOURIS, LLC
                                         225 Friend Street
                                         Boston, MA 02114
                                         (617) 723-8440