UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7
HEALTH & WELFARE FUND, ET AL

           **Plaintiff**

    V.                                    CA  05-30187-KPN

TREMBLAY ELECTRIC, INC.
           **Defendant**

DOCKETED

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __LOCAL  NO. 7, ET AL__, an order of Default for failure of the Defendant, __TREMBLAY ELECTRIC, INC.__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __15TH__ day of NOVEMBER, 2005.

                                                TONY ANASTAS
                                                CLERK OF COURT

                                  By:   /s/ Mary Finn
                                              Deputy Clerk

Notice mailed to:  Counsel for Plaintiff
                      And Defendant

Default Notice.wpd - 2/2000)                                                                     [ntcdflt.]