TREMBLAY ELECTRIC, INC.
85 Union Street
North Adams, Ma, 01247

TRUSTEES OF IBEW LOCAL NO. 7
HEALTH & WELFARE FUND, ET AL

           Plaintiff

                                            CA 05030187-KPN

V.

TREMBLAY ELECTRIC, INC.

           Defendant

I was told by Attorney Aaron Krakow to submit Monthly Payroll Records which I did and sent via registered mail to the Union. I was told by Mr. Krakow that I would not have to appear in court while the matter was discussed with union officials. No notice was sent to me by either the union or Mr. Krakow in regards to a decision, they did request more records and I sent them.

I disagree with the assessment of the amount they say I owe, I have told them and shown records that one employee was terminated. Also I was told by the Union's business agent, Bob Legue that in order to leave the union I would have to change the structure of my business. I feel that I have been given misleading information from both the union and attorney Krakow.

At this time I would like to request that the judgment be denied and I be given a chance to appear in court.

                              Thank You,

                              Chris Tremblay
                              President, Tremblay Electric Inc.