UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7 )
HEALTH & WELFARE FUND, et al. )
    Plaintiffs, )
     )
v. )   C.A. No. 05-30187-KPN
     )
TREMBLAY ELECTRIC, INC. )
    Defendant. )
     )

## JUDGMENT

NEIMAN, D.J.

Defendant, Tremblay Electric, Inc having failed to plead or otherwise defend this action and default having been entered on November 15, 2005.

Now upon application of plaintiff and an affidavit demonstrating that defendant owes plaintiff the sum of $37,214.09, that defendant is not an infant or incompetent person or in the military service of the United States, that and that plaintiff has incurred costs in the sum of $318.88.

ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendant Tremblay Electric, Inc the sum of $37,532.97 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Date: 01/11/06