UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                         C.A. NO. 05-30187-KPN

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS**, <u>Trustees of IBEW Local No. 7 Health & Welfare Fund, et al</u> have recovered judgment in this Court against <u>Tremblay Electric, Inc.</u> on the <u>11th day of January 2006</u>, for the sum of <u>$37,532.97</u>; debt or damage, including pre-judgment interest and costs of this suit, as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of <u>$37,532.97</u> in the whole, with interest thereon at the rate of 4.37% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** make due return of this Writ with your doings thereon into the Clerk's office of our said court, as <u>Springfield</u>, MA within Twenty (20) years after the date of said judgment or within Ten (10) days after this Writ has been satisfied or discharged.

 Dated this           day of _____, 2006

**CLERK**

                                    By:_____
                                        Deputy Clerk